JUDGE KAPLAN

08 CV 6948

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FEDERAL INSURANCE COMPANY,                  :

                  Plaintiff,            :            Civil Action No.

    - against -                                      :

BRITISH AIRWAYS PLC,                               :            NOTICE OF REMOVAL

                  Defendant.          :
------------------------------------------------------------x

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, defendant BRITISH AIRWAYS PLC ("BRITISH AIRWAYS"), by and through its attorneys Clyde & Co US LLP, files this Notice of Removal seeking removal of the above-entitled civil action from the Civil Court of the State of New York, County of New York, bearing Case Index No. 040963/2008, to the United States District Court for the Southern District of New York based upon federal question jurisdiction under 28 U.S.C. § 1331. In support of the removal, defendant states as follows:

1.     This action was commenced against BRITISH AIRWAYS in the Civil Court of the State of New York, County of New York, by filing of a Summons with Indorsed Complaint ("Complaint") on or about June 27, 2008. The Complaint was personally served on BRITISH AIRWAYS on July 14, 2008. A copy of the Complaint is annexed hereto as Exhibit "A." No further proceedings have occurred in the action.

2.     This Notice of Removal is timely filed with this Court, pursuant to 28 U.S.C. § 1446(b), within thirty (30) days after service on BRITISH AIRWAYS of plaintiff's Complaint.

3.     The Complaint seeks $6,931.05 in damages for non-delivery of a cargo shipment of rotors in March 2007 from Atlanta to Cairo, Egypt.

4. Based upon the allegations in the Complaint, this Court, upon information and belief, has original jurisdiction over this action because of the existence of a federal question pursuant to 28 U.S.C. § 1331 and the action is one that may be removed pursuant to 28 U.S.C. § 1441. The transportation out of which the subject matter of this action arose was "international transportation" within the meaning of the Convention for the Unification of Certain Rules for International Carriage by Air, Done at Montreal on 28 May 1999 ("Montreal Convention"), *reprinted in* S. Treaty Doc. 106-45, CCH Av. L. Rep. ¶ 27,400-59, 1999 WL 33292734, and the rights of the parties are governed by the provisions of the Montreal Convention. Accordingly, the underlying action may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1331(b) as the action is governed exclusively by a treaty of the United States, the Montreal Convention. *See El Al Israel Airlines, Ltd. v. Tseng*, 525 U.S. 155, 167-69 (1999).

5. The United States District Court for the Southern District of New York is the proper venue for removal of this action because it is the district in which the state court action is pending. *See* 28 U.S.C. § 1446(a).

6. Concurrently with the filing of this Notice, BRITISH AIRWAYS is giving notice of removal to plaintiff, and is filing a copy of this Notice with the Clerk of Court of the Civil Court of the State of New York, County of New York. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

WHEREFORE, defendant BRITISH AIRWAYS PLC, having complied with the requirements of 28 U.S.C. §§ 1331, 1441 and 1446, requests that this action now pending in the Civil Court of the State of New York, County of New York, proceed in this Court as an action properly removed to it.

Dated: New York, New York
       August 4, 2008

                                  Yours, etc.,

                                  CLYDE & CO US LLP

                                  By: _____
                                      Diane Westwood Wilson (DW 0520)
                                  Attorneys for Defendant
                                  BRITISH AIRWAYS PLC
                                  The Chrysler Building
                                  405 Lexington Avenue
                                  New York, New York 10174
                                  (212) 710-3900

To:    Harold Kingsley, Esq.
        KINGSLEY, KINGSLEY & CALKINS
        Attorneys for Plaintiff
        91 West Cherry Street
        Hicksville, New York 11801
        (516) 931-0064

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )

Kristi Allan, being duly sworn, deposes and says that deponent is not a party of this action, is over 18 years of age and resides in Weehawken, New Jersey. On August 4, 2008 deponent served the within **NOTICE OF REMOVAL** upon:

Harold Kingsley, Esq.
KINGSLEY, KINGLSY & CALKINS
Attorney for Plaintiff
91 West Cherry Street
Hicksville, New York, 11801

The address(es) designated by said attorney(s) for that purpose by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Kristi Allan

Sworn to before me this
4th day of August, 2008

_____
Notary Public

PATRICIA A. DONNELLY
Notary Public, State of New York
No. 01DO5087441
Qualified in New York County
Commission Expires Nov. 30, 2009

Exhibit A

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
------------------------------------X   Index No. 040962  2008
FEDERAL INSURANCE COMPANY
                                         SUMMONS
         Plaintiff,
                                         Plaintiff's Residence:
    -against-                            Address: 55 Water Street
                                                  New York, NY 10041

BRITISH AIRWAYS PLC                      The basis of the venue designated is:
                                         Plaintiff's Residence
         Defendant
------------------------------------X

To the above named defendant(s):
    **YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of New York, at the office of the Clerk of the said Court at 111 Centre Street, in the County of New York, City and State of New York, within the time provided by law as noted below and to file your answer to the endorsed summons with the Clerk; upon your failure to answer, judgment will be taken against you for the sum of $6,931.05 with interest thereon from the 20th day of March, 2007, together with the costs of this action.

Dated: June 20, 2008                     KINGSLEY, KINGSLEY & CALKINS

Defendant's Address:                     FILED
                                         HAROLD M. KINGSLEY
BRITISH AIRWAYS PLC                      91 West Cherry Street
75-20 Astoria Blvd.          JUN 27 2008 Hicksville, NY 11801
Jackson Heights, NY 11370                (516) 931-0064
Ref: MJS/2006AWB6530     NEW YORK COUNTY
                           CIVIL COURT

NOTE: The law provides that:
    (a) If this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such services; or
    (b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

                          **INDORSED COMPLAINT**

    A statement of the nature and substance of the plaintiff's cause of action is as follows:

    Nondelivery of a shipment of rotars moving from Atlanta, GA, to Cairo, while being transported by British Airways as described in MAWB# 125-15076530, dated March 20, 2007.

                                    Kingsley, Kingsley & Calkins
                                    Attorneys for Plaintiff
CH7946/HMK/

         RECEIVED
         JUL 14
         BRITISH AIRWAYS
         LEGAL DEPARTMENT

                                            7/14/08   4:20 PM
                                            by Hand.


Exhibit B

CIVIL COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------x
FEDERAL INSURANCE COMPANY,                    :
                                                Index No: 040963/2008
            Plaintiff,                     :

   - against -                                      :        **NOTICE OF FILING**
                                                 **NOTICE OF REMOVAL**
BRITISH AIRWAYS PLC,                             :

           Defendant.                     :
-----------------------------------------------------------x

     PLEASE TAKE NOTICE that pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, defendant BRITISH AIRWAYS PLC, filed its Notice of Removal of this action to the United States District Court for the Southern District of New York on August 4, 2008. A copy of the Notice of Removal is attached hereto as Exhibit "A."

Dated:  New York, New York
          August 4, 2008

                                                                       Yours, etc.,

                                                                     CLYDE & CO US LLP

                                                                     By: _____
                                                                      Diane Westwood Wilson
                                                                   Attorneys for Defendant
                                                                   BRITISH AIRWAYS PLC
                                                                   The Chrysler Building
                                                                   405 Lexington Avenue
                                                                   New York, New York 10174
                                                                   (212) 710-3900

To:    Harold Kingsley, Esq.
       KINGSLEY, KINGSLEY & CALKINS
       Attorneys for Plaintiff
       91 West Cherry Street
       Hicksville, New York 11801
       (516) 931-0064

2

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Kristi Allan, being duly sworn, deposes and says that deponent is not a party of this action, is over 18 years of age and resides in Weehawken, New Jersey. On August 4, 2008 deponent served the within **NOTICE OF FILING NOTICE OF REMOVAL** upon:

Harold Kingsley, Esq.
KINGSLEY, KINGLSY & CALKINS
Attorney for Plaintiff
91 West Cherry Street
Hicksville, New York, 11801

The address(es) designated by said attorney(s) for that purpose by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Kristi Allan

Sworn to before me this
4th day of August, 2008

_____
Notary Public

**ANDREA M. LLOYD**
**Notary Public, State of New York**
**No. 02LL6144061**
**Qualified in New York County**
**Commission Expires April 24, 2010**