JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FEDERAL INSURANCE COMPANY,  :

        Plaintiff,  :  Civil Action No.:

- against -  :

          :  RULE 7.1 STATEMENT

BRITISH AIRWAYS PLC,  :

        Defendant.  :
------------------------------------------------------------x



08 CV 6948

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant BRITISH AIRWAYS PLC certifies that there are no corporate parents or any publicly held corporation that owns 10% or more of its stock.

Dated:   New York, New York
           August 4, 2008

                                            Yours, etc.,

                                            CLYDE & CO US LLP

                                            By: _____
                                                Diane Westwood Wilson (DW 0520)
                                          Attorneys for Defendant
                                          BRITISH AIRWAYS PLC
                                          The Chrysler Building
                                          405 Lexington Avenue
                                          New York, New York 10174
                                          (212) 710-3900